UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**RICCO A STEELE #344043**            **CIVIL ACTION NO. 5:22-cv-06149**

**VERSUS**                            **JUDGE TERRY A. DOUGHTY**

**COMMISSIONER OF SOCIAL SECURITY**   **MAGISTRATE JUDGE HORNSBY**

**J U D G M E N T**

For the reasons assigned in the Report and Recommendation of the Magistrate Judge [Doc. No. 15] previously filed herein, having thoroughly reviewed the record, and noting the lack of objection filed thereto, and concurring with the findings of the Magistrate Judge under the applicable law,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Commissioner of Social Security's Decision is **AFFIRMED,** and this civil action is **DISMISSED WITH PREJUDICE.**

THUS DONE AND SIGNED at Monroe, Louisiana, this the 15th day of March 2024.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE